

**Sara J. Crisafulli**
Partner

345 Park Avenue
New York, NY 10154

**Direct** 212.407.4899
**Main** 212.407.4000
**Fax** 646.417.6301
scrisafulli@loeb.com

**MEMO ENDORSED**

Via ECF

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/30/21

September 30, 2021

Honorable Valerie E. Caproni
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, New York 10007

Re: *Shanghai Shuoxin International Co., Ltd. v. Jordache Enterprises Inc.*
(1:21-cv-05825-VEC)

Dear Judge Caproni:

We represent defendant Jordache Enterprises, Inc. ("Jordache") in the above-referenced action. This letter is submitted jointly with counsel for plaintiff Shanghai Shouxin International Co. Ltd. ("SSI"). Pursuant to Rule 2(C) of Your Honor's Individual Practices, the parties respectfully request an adjournment of the Initial Pretrial Conference, currently scheduled for October 8, 2021 at 1:00 p.m. The parties make this request to allow the parties to continue to focus on settlement efforts at this time.

By way of background, in this action, SSI asserts claims of breach of contract and promissory estoppel against Jordache in connection with purchase orders for the manufacture of apparel for Lands' End, and seeks damages of approximately $563,000. SSI claims that it purchased bulk materials for production of the apparel based on the purchase orders and Jordache's alleged promise to compensate SSI for such expenses. Jordache denies any liability to SSI, denies the existence of any contract with SSI or any promise to SSI, and asserts that the purchase orders cited by SSI were directed to non-party factory Jinjiang Sofit Clothing Co., Ltd. – not SSI. Jordache claims that because the factory failed to produce or deliver the apparel to Lands' End on time, Lands' End canceled its contract with Jordache. Thus, Jordache asserts a counterclaim to offset any award to SSI by the amount of Jordache's damages arising from the Lands' End cancellation, which exceed SSI's claimed damages. Upon reviewing Jordache's answer, SSI plans to conduct further investigation.

The parties are working to reach an amicable resolution to this matter before incurring substantial legal fees and costs in connection with amended pleadings and discovery. Accordingly, we respectfully request an adjournment of the Initial Pretrial Conference, currently scheduled for October 8, 2021 at 1:00 p.m., and the corresponding deadline to submit a joint proposed Case Management Plan and joint letter setting forth the factual and legal bases of claims and defenses. We respectfully propose that the Initial Pretrial Conference be adjourned to Friday, November 5, 2021 or November 12, 2021.

This is the second request for an adjournment of the conference.

Los Angeles New York Chicago Nashville Washington, DC San Francisco Beijing Hong Kong www.loeb.com

For the United States offices, a limited liability partnership including professional corporations. For Hong Kong office, a limited liability partnership.

21289746.1

We thank the Court for its attention to this matter.

Respectfully submitted,

Sara J. Crisafulli

cc: All Counsel of Record (via ECF)

Application GRANTED. The Initial Pretrial Conference currently scheduled for October 8, 2021, at 1:00 p.m. is hereby ADJOURNED until **November 5, 2021, at 2:00 p.m.** Pre-conference submissions are due no later than **Thursday, October 28, 2021.** For a description of the pre-conference submissions requirements, the parties should consult the Court's order at docket entry 7.

The Initial Pretrial Conference will be held telephonically. All parties and any interested members of the public must attend by dialing 1-888-363-4749, using the access code 3121171, and the security code 5825. All attendees are advised to mute their phones when not speaking and to self-identify each time they speak. Recording or rebroadcasting the proceeding is strictly prohibited by law.

SO ORDERED.

9/30/21

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE