# GLACIER LAW LLP

| RUOTING.MEN* | 200 PARK AVENUE, SUITE 1703, NEW YORK, 10166<br>EMAIL: RUOTING.MEN@GLACIER.LAW<br>WEB: WWW.GLACIER.LAW | TELEPHONE (312) 270-0413<br>FACSIMILE (312) 801-4587<br><br>*Admitted in New York |
|---|---|---|

**MEMO ENDORSED**

February 9, 2022

**Via Electronic Case Filing**

Honorable Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  2/10/22
```

Re: *Shanghai Shuoxin International Co., Ltd. and Jinjiang Sofit Clothing Co., Ltd*
*v.*
*Jordache Enterprises Inc.*
Case No: 1:21-cv-05825-VEC

Dear Judge Caproni:

We represent Shanghai Shuoxin and Jinjiang Sofit. ("Plaintiffs") in the above-referenced action.

In Your Honor's Mediation Referral Order dated January 14, 2022, Court has advised that mediation should begin no later than February 14, 2022. It was not until yesterday (February 8, 2022) that the parties along with the mediator finally agreed that the mediation would start at 9 a.m. on March 2, 2022.

This letter is submitted jointly with counsel for Defendant Jordache Enterprises, Inc.("Jordache") in accordance with Rule 2(C) of Your Honor's Individual Practices in Civil Cases, respectfully requesting an adjournment of the currently scheduled mediation and reschedule it to a later date(March 2, 2022).

This is the parties' first request.

We thank the Court for its attention to this matter.

Respectfully Submitted,

/s/ Ruoting Men
Ruoting Men, Esq.
ruoting.men@glacier.law
GLACIER LAW LLP
200 Park Avenue, Ste. 1703
New York, NY 10166
Telephone: (312)270-0413

Cc:  Via ECF Counsel of Record

Application GRANTED. Mediation in this case should begin not later than March 2, 2022 or by such date as shall be agreed to by the parties and the mediator.
SO ORDERED.

*[Signature: Valerie Caproni]*
2/10/22

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE