USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/28/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
SHANGHAI SHUOXIN INTERNATIONAL　　:
CO., LTD.,
　　　　　　　　　　　　　　　　　　　　　　:

　　　　　　　　　　　　　　　Plaintiff,　　:
　　　　　　-against-　　　　　　　　　　　:　　　　21-cv-5825 (VEC)
　　　　　　　　　　　　　　　　　　　　　　:
JORDACHE ENTERPRISES INC.,　　　　　:　　　　ORDER
　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　Defendant.　　:
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

　　WHEREAS on September 29, 2022, the deadline for the close of fact discovery was extended from October 31, 2022, until December 30, 2022, Dkt. 59;

　　IT IS HEREBY ORDERED that the pre-trial conference previously scheduled for Friday, November 4, 2022, at 10 A.M. is adjourned until **Friday, January 6, 2023, at 10:00 A.M.** Pre-conference submissions are due not later than **Thursday, December 29, 2022**.

**SO ORDERED.**

Date: October 28, 2022
　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　**VALERIE CAPRONI**
　　　　　　　　　　　　　　　　　　　　　　　**United States District Judge**